```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRIET NICHOLSON,

                      Plaintiff,

    -against-

THE BANK OF NEW YORK MELLON,

                      Defendant.

**ORDER**

22-CV-3177 (PGG) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

    The Court will discuss the proposed case management plan and Defendant's contemplated motion to dismiss with the parties at the initial case management conference scheduled for August 11, 2022.

Dated: New York, New York
       June 2, 2022

                                        SO ORDERED.

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge