USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRIET NICHOLSON,

                             Plaintiff,

-against-

THE BANK OF NEW YORK MELLON,

                             Defendant.

ORDER

22-CV-3177 (PGG) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

       As discussed during the initial case management conference held on August 11, 2022, this action is stayed until September 28, 2022.  For clarity, the parties are reminded that no response is required to any pending motions and any anticipated motions shall not be filed during the stay.

       A case management conference is scheduled for September 28, 2022 at 12:00 PM (EST). The parties are directed to call into the court's teleconference line at the scheduled time by dialing (866) 434-5269, Access code: 4858267.

Dated: New York, New York
          August 11, 2022

                                          SO ORDERED.

                                          */s/ Katharine H. Parker*

                                          KATHARINE H. PARKER
                                          United States Magistrate Judge