UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRIET NICHOLSON,

                              Plaintiff,

            -against-

THE BANK OF NEW YORK MELLON,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___10/20/2022___

**ORDER**

**22-CV-3177 (PGG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

As discussed during the case management conference held on October 19, 2022, this action is stayed pending the Court's ruling on the Plaintiff's Motion to Amend the Complaint and the Defendant's Motion to Dismiss.[1]  For clarity, the parties are reminded that any anticipated motions shall not be filed during the stay.

The Plaintiff's motions at ECF No. 6, 8, 9, and 61 for the Court to take judicial notice of certain court-filed or court-issued documents are **granted** pursuant to *Int'l Star Class Yacht Racing Ass'n v. Tommy Hilfiger U.S.A., Inc.*, 146 F.3d 66, 70 (2d Cir. 1998) ("a court may take judicial notice of a document filed in another court . . . to establish the fact of such litigation and related filings"); *Kramer v. Time Warner Inc.*, 937 F.2d 767, 774 (2d Cir. 1991) (judicial notice may be taken of public documents); Fed. R. Evid. § 201 (judicial notice may be taken of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned").

---

[1] The motion for summary judgment will be addressed, if appropriate, after decisions on the motions to amend and to dismiss.

The Court advises Plaintiff that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court.  The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse.  The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed.  It also has phone appointments. Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

This order terminates the motions at ECF Nos. 6, 8, 9 and 61.


Dated: New York, New York
      October 20, 2022

                     **SO ORDERED.**

                     *Katharine H Parker*

                     KATHARINE H. PARKER
                     United States Magistrate Judge