UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRIET NICHOLSON,

                    Plaintiff,

      -against-

THE BANK OF NEW YORK MELLON,

                  Defendant.

**<u>ORDER</u>**

22 Civ. 3177 (PGG) (KHP)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant is ordered to submit any response to Plaintiff's Objections to the

Report and Recommendation on Defendant's Motion to Dismiss Second Amended Complaint

and Plaintiff's Motion to Amend (Dkt. No. 83) by **December 2, 2022**.

Dated: New York, New York
       November 17, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge