## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

HARRIET NICHOLSON,

                Plaintiff,

-against-　　　　　　　　　　　　　　　　　22 **CIVIL** 3177 (PGG)(KHP)

## **JUDGMENT**

THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CWMBS REFORMING LOAN REMIC TRUST CERTIFICATES SERIES 005-R2,,

                Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsement dated January 17, 2024, on the Notice of request for entry of Judgment pursuant to FRCP 58(d), the application is granted, and Judgment is entered accordingly.

**Dated:** New York, New York

      January 17, 2024

                                         **RUBY J. KRAJICK**
                                         **Clerk of Court**

                **BY:**
                                         _____
                                               **Deputy Clerk**