UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


HARRIET NICHOLSON, PLAINTIFF
V.
BANK OF NEW YORK, DEFENDANT                    CIV.:1:22-CV-03177


PLAINTIFF'S REQUEST TO TAKE JUDICIAL NOTICE

Now Comes Plaintiff Harriet Nicholosn and files this Plaintiff's Request To Take Judicial Notice of Related Court records from prior Texas action[1] and would show unto the court the following:

Plaintiff Harriet Nicholson filed this independent action complaining the Texas' Amended FInal Judgment" did not not comply with the oral rendition of judgment. The Amended Final Judgment was absent of reinstating Plaintiff's ownership rights and awarding any court costs agreed by Mr. Richard Danner, BONY"s counsel.[2]

The attached itemized bill of costs supports Plaintiff's contention the "Texas' Amended Judgment" did not align with the oral rendition of judgment awarding costs that was agreed and deliberately omitted by Mr. Danner, BONY's counsel in the "Amended Final Judgment."


Dated: March 20, 2024                    /s/ Harriet Nicholson

---

[1] See *Shuttlesworth v. City of Birmingham, 394 U.S. 147, 157, 89 S.Ct. 935, 22 L.Ed.2d 162 (1969)* (taking judicial notice of record in prior litigation between same parties);

[2] See Ex. A, Texas' prior action agreed bill of costs by BONY's counsel, Mr. Richard Dwayne Danner

# EX. A

**MEMO ENDORSED:**  On March 21, 2024, <u>pro se</u> Plaintiff Harriet Nicholson filed a request for this Court to take judicial notice of certain court documents.  (Dkt. No. 134)  Previously, on March 18, 2024, Plaintiff filed a notice of appeal (Dkt. No. 131) regarding Magistrate Judge Parker's November 7, 2022 Report and Recommendation concerning Defendant's motion to dismiss (Dkt. No. 83); this Court's August 28, 2023 order adopting Judge Parker's Report and Recommendation and dismissing the case (Dkt. No. 105); the Clerk of Court's January 17, 2024 judgment entered against Plaintiff (Dkt. No. 116); and this Court's February 21, 2024 order denying Plaintiff's subsequent requests for relief.  (Dkt. No. 128)  On March 19, 2024, Plaintiff filed an amended notice of appeal regarding the same matters.  (Dkt. No. 133).

Generally, "filing a notice of appeal divests a district court of jurisdiction."  <u>Am. Transit Ins. Co. v. Bilyk</u>, 514 F. Supp. 3d 463, 470 (E.D.N.Y. 2021); <u>see Griggs v. Provident Consumer Discount Co.</u>, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").  And "[w]here the appeal is from a final judgment, the district court can take only limited action during pendency of the appeal."  <u>Satcom Int'l Grp. PLC v. Orbcomm Int'l Partners</u>, L.P., 55 F. Supp. 2d 231, 233 (S.D.N.Y. 1999

Here, Plaintiff's notice of appeal relates to, <u>inter alia</u>, this Court's order granting Defendant's motion to dismiss (Dkt. No. 105), and the final judgment (Dkt. No. 116).  As a result of Plaintiff's filing of a notice of appeal, this Court lacks jurisdiction to address Plaintiff's most recent motion.  Accordingly, Plaintiff's motion is denied as moot.  The Clerk of Court is directed to terminate the motion (Dkt. No. 134).

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Date:  March 29, 2024

342-262692-12

FILED
TARRANT COUNTY
4/29/2022 1:50 PM
THOMAS A. WILDER
DISTRICT CLERK

April 29, 2022

Thomas A. Wilder
Tarrant County District Clerk
100 N. Calhoun St.
Ft. Worth, TX 76196

Via: E-Filing

Re: Court Costs

Nicholson v. Bank of New York Mellon, et al Cause No. 342-262692-12

Dear Mr. Wilder,

This letter is to provide you with an itemized list of costs.

A copy of this filing is being provided to defendants

The itemized Costs are as follows:

- Filing Fees                 $249.00

- Service of Process Fees       $415.00

- Mediation               $1,060.00

- Court Report Fees         $160.00

           Total  $1,874.00

      I have attached copy of the trial court's judgment awarding costs and a copy of the email from Timothy Baker and previous letter sent to you and the chain with defendant's counsel working out the proper itemization of costs. Please tax costs against the defendants and send a cost bill to them.

/s/ Harriet Nicholson

Copy from re:SearchTX

342-262692-12

## CAUSE NO. 342-262692-12

FILED
TARRANT COUNTY
9/15/2020 12:17 PM
THOMAS A. WILDER
DISTRICT CLERK

| | | |
|---|---|---|
| HARRIET NICHOLSON, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | OF TARRANT COUNTY, TEXAS |
| THE BANK OF NEW YORK MELLON | § | |
| FKA THE BANK OF NEW YORK AS | § | |
| TRUSTEE FOR THE | § | |
| CERTIFICATEHOLDERS OF CWMBS, | § | |
| INC., CWMBS REFORMING LOAN | § | |
| REMIC TRUST CERTIFICATES | § | |
| SERIES 2005-R2, et al. | § | |
| | § | |
| *Defendants.* | § | 342nd JUDICIAL DISTRICT |

### AMENDED FINAL JUDGMENT

On this day the Court considered the following: (1) Defendant David Stockman's Motion

for Summary Judgment; and (2) Defendant Countrywide Home Loans, Inc.'s Traditional and No-

Evidence Motion for Summary Judgment. After reviewing the motions, all objections and replies

filed therewith, the summary judgment evidence presented, arguments of the parties and

applicable law, the Court enters the following orders:

(1) IT IS ORDERED THAT DEFENDANT DAVID STOCKMAN'S MOTION FOR
SUMMARY JUDGMENT IS GRANTED;

(2) IT IS ORDERED THAT DEFENDANT COUNTRYWIDE HOME LOANS, INC.'S
TRADITIONAL MOTION FOR SUMMARY JUDGMENT AND NO-EVIDENCE
MOTION FOR SUMMARY JUDGMENT ARE GRANTED;

(3) IT IS FURTHER ORDERED THAT COSTS OF COURT AND ATTORNEYS'
FEES ARE TO BE BORNE BY THE PARTY INCURRING SAME.

This Final Judgment, together with the court's prior "Final Judgment" date October 26,

2017, attached hereto as **Exhibit A**, is incorporated herein and together constitute a final,

appealable judgment. All relief not expressly granted herein is denied. *This Final Judgment disposes of all parties and all claims before the*

SIGNED: 9/16/20

DISTRICT JUDGE PRESIDING

*court. It is, therefore, a final and appealable judgment.*

E-MAILED MT
9-16-20

A CERTIFIED COPY
ATTEST: 10/22/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: Jennifer Huynh

Copy from re:SearchTX

# EXHIBIT "A"

A CERTIFIED COPY
ATTEST: 10/22/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: Jennifer Huynh

Copy from re:SearchTX

## CAUSE NO. 342-262692-12

| | | |
|---|---|---|
| **HARRIET NICHOLSON,** | § | **IN THE DISTRICT COURT** |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **OF TARRANT COUNTY, TEXAS** |
| | § | |
| **THE BANK OF NEW YORK MELLON** | § | |
| **FKA THE BANK OF NEW YORK AS** | § | |
| **TRUSTEE FOR THE** | § | |
| **CERTIFICATEHOLDERS OF CWMBS,** | § | |
| **INC., CWMBS REFORMING LOAN** | § | |
| **REMIC TRUST CERTIFICATES** | § | |
| **SERIES 2005-R2, et al.** | § | |
| | § | |
| Defendants. | § | **342nd JUDICIAL DISTRICT** |

### FINAL JUDGMENT

On October 26, 2017, the Court held a hearing in the above-entitled and numbered cause and entered orders related to all prior matter before the Court. The Court finds that all matters are now resolved and enters this Final Judgement. *It is therefore,*

ORDERED, ADJUDGED AND DECREED that Instrument Nos. D212187326 and D214164490, both recorded in the Real Property Records of Tarrant County, Texas, are both INVALID and VOID in all respects. *It is further,*

ORDERED, ADJUDGED AND DECREED that this Final Judgment may be recorded in the Real Property Records of Tarrant County, Texas. *It is further,*

ORDERED, ADJUDGED AND DECREED that Plaintiff is awarded court costs in the amount of $ *It is further,*

ORDERED, ADJUDGED AND DECREED that all of Plaintiff's remaining claims are dismissed with prejudice. *It is further,*

ON 10/24/17, ALL SERVED VIA:
☑ HAND DELIVERY Baker, Warner
___ MAIL
___ FAX
_____, WHO IS TO
SERVE COPIES ON ALL OTHERS
FINAL MAILED

*Cour, Danno,*
*Connie, anderson*

A CERTIFIED COPY
ATTEST: 10/22/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: Jennifer Huynh

Page 1

Copy from re:SearchTX

**ORDERED, ADJUDGED AND DECREED** that all relief not expressly granted herein

is denied.

SIGNED: _October 26, 2017_



JUDGE WADE BIRDWELL, PRESIDING

A CERTIFIED COPY
ATTEST: 10/22/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: Jennifer Huynh

Copy from re:SearchTX

Page 2

342-262692-12

FILED
TARRANT COUNTY
1/16/2018 12:00 AM
THOMAS A. WILDER
DISTRICT CLERK

# Law Office of Timothy E. Baker

1205 S. Greenville Avenue
Allen, TX 75002
Phone: 214-727-4956
Fax: 214-506-6015
www.timbakerlaw.com

January 15, 2018

Thomas A. Wilder
Tarrant County District Clerk
100 N. Calhoun St.
Ft. Worth, TX 76196

Via:     E-Filing

Re:     Court Costs
        Nicholson v. Bank of New York Mellon, et al
        Cause No. 342-262692-12

Dear Mr. Wilder,

This letter is to provide you with an itemized list of costs.  A copy of this filing is being provided to defendants.

The itemized costs are as follows:

- Filing Fees             $249.00
- Service of Process Fees $415.00
- Mediation               $1,050.00
- Court Report Fees       $160.00
  Total                   $1,874.00

I have attached copy of the trial court's judgment awarding costs and a copy of the email chain with defendant's counsel working out the proper itemization of costs.

Please tax costs against the defendants and send a cost bill to them.

Sincerely,

Timothy E. Baker

**1979**

CAUSE NO. 342-262692-12

| | | |
|---|---|---|
| HARRIET NICHOLSON, | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | OF TARRANT COUNTY, TEXAS |
| | § | |
| THE BANK OF NEW YORK MELLON | § | |
| FKA THE BANK OF NEW YORK AS | § | |
| TRUSTEE FOR THE | § | |
| CERTIFICATEHOLDERS OF CWMBS, | § | |
| INC., CWMBS REFORMING LOAN | § | |
| REMIC TRUST CERTIFICATES | § | |
| SERIES 2005-R2, et al. | § | |
| | § | |
| **Defendants.** | § | **342nd JUDICIAL DISTRICT** |

### FINAL JUDGMENT

On October 26, 2017, the Court held a hearing in the above-entitled and numbered cause and entered orders related to all prior matter before the Court. The Court finds that all matters are now resolved and enters this Final Judgement. *It is therefore,*

**ORDERED, ADJUDGED AND DECREED** that Instrument Nos. D212187326 and D214164490, both recorded in the Real Property Records of Tarrant County, Texas, are both **INVALID and VOID** in all respects. *It is further,*

**ORDERED, ADJUDGED AND DECREED** that this Final Judgment may be recorded in the Real Property Records of Tarrant County, Texas. *It is further,*

**ORDERED, ADJUDGED AND DECREED** that Plaintiff is awarded court costs in the amount of $~~~~~~ *It is further,*

**ORDERED, ADJUDGED AND DECREED** that all of Plaintiff's remaining claims are dismissed with prejudice. *It is further,*

ON 10/26/17 , ALL SERVED VIA:
☒ HAND DELIVERY  Baker, Thenner
___ MAIL
___ FAX
_____ , WHO IS TO
SERVE COPIES ON ALL OTHERS
FINAL E-MAILED
☒ Baker, Thener,
Reiners, Anderson

Page 1

Copy from re:SearchTX

1980

**ORDERED, ADJUDGED AND DECREED** that all relief not expressly granted herein

is denied.

SIGNED: _October 26, 2017_

JUDGE WADE BIRDWELL, PRESIDING

1981

Copy from re:SearchTX

| Subject: | RE: Nicholson - Court Costs |
| --- | --- |
| From: | Danner, Dwayne (ddanner@mcglinchey.com) |
| To: | tbaker@timbakerlaw.com; |
| Cc: | bmccain@mcglinchey.com; |
| Date: | Friday, December 15, 2017 3:02 PM |

Tim, The $1874.00 is agreed, but you still have the state court copy fees listed below.

**R. Dwayne Danner**

| | |
| --- | --- |
| **direct:** | (214) 445-2408 |
| **fax:** | (214) 593-4588 |
| **mobile:** | (214) 693-5433 |
| **email:** | ddanner@mcglinchey.com |
| **office:** | 6688 N. Central Expressway, Ste 400 | Dallas, TX 75206 |



bio | vcard | www.mcglinchey.com | www.cafalawblog.com

Alabama   California   Florida   Louisiana   Mississippi   New York   Ohio   Texas   Washington, DC

**From:** Tim Baker [mailto:tbaker@timbakerlaw.com]
**Sent:** Friday, December 15, 2017 10:11 AM
**To:** Danner, Dwayne <ddanner@mcglinchey.com>
**Cc:** McCain, Barry <bmccain@mcglinchey.com>
**Subject:** Re: Nicholson - Court Costs

Dwayne,

So, with the state court copying taken out, we are left with:

- Filing Fees - $249

- Service of Process - $415 (as your count had one additional service of process fee)

- Mediation - $1,050

- State Court Copying - $31.80

- Court Reporter Fees - $160

Total - $1,874.00.

Do you agree with this amount

Tim

214-727-4956

---

**From:** "Danner, Dwayne" <ddanner@mcglinchey.com>
**To:** Tim Baker <tbaker@timbakerlaw.com>
**Cc:** "McCain, Barry" <bmccain@mcglinchey.com>
**Sent:** Tuesday, December 12, 2017 6:32 PM
**Subject:** RE: Nicholson - Court Costs

Tim – I can't agree to the "state court copying" as it is not a "court cost" although I realize it was a cost to your client.

**R. Dwayne Danner**

| | |
|---|---|
| **direct:** | (214) 445-2408 |
| **fax:** | (214) 593-4588 |
| **mobile:** | (214) 693-5433 |
| **email:** | ddanner@mcglinchey.com |
| **office:** | 6688 N. Central Expressway, Ste 400 | Dallas, TX 75206 |



bio | vcard | www.mcglinchey.com | www.cafalawblog.com

**From:** Tim Baker [mailto:tbaker@timbakerlaw.com]
**Sent:** Monday, December 11, 2017 7:44 PM
**To:** Danner, Dwayne <ddanner@mcglinchey.com>
**Cc:** McCain, Barry <bmccain@mcglinchey.com>
**Subject:** Re: Nicholson - Court Costs

Dwayne,

The copy costs are for copes of documents for service to the Court and/or Defendants specifically related to the state court proceeding. Ms. Nicholson has informed me she paid the mediation fee and did not receive a refund.

Regards,

Tim Baker

---

**From:** "Danner, Dwayne" <ddanner@mcglinchey.com>
**To:** Tim Baker <tbaker@timbakerlaw.com>
**Cc:** "McCain, Barry" <bmccain@mcglinchey.com>
**Sent:** Monday, December 11, 2017 5:09 PM
**Subject:** RE: Nicholson - Court Costs

Copy from re:SearchTX

**1983**

Hi Tim.  What is the state court copying fee, is that related to federal court?  Also, on the mediation fee, do you represent that your client paid this and did not receive any refund on this fee?

**R. Dwayne Danner**

| | |
|---|---|
| **direct:** | (214) 445-2408 |
| **fax:** | (214) 593-4588 |
| **mobile:** | (214) 693-5433 |
| **email:** | ddanner@mcglinchey.com |
| **office:** | 6688 N. Central Expressway, Ste 400 | Dallas, TX 75206 |

**McGLINCHEY STAFFORD** ®

bio | vcard | www.mcglinchey.com | www.cafalawblog.com

---

**From:** Tim Baker [mailto:tbaker@timbakerlaw.com]
**Sent:** Monday, December 04, 2017 1:45 PM
**To:** Danner, Dwayne <ddanner@mcglinchey.com>
**Cc:** McCain, Barry <bmccain@mcglinchey.com>
**Subject:** Re: Nicholson - Court Costs

Dwayne,

Attached is a copy of the check she paid for mediation.  Please let me know if you are now in agreement with my revised cost calculation below.

Regards,

Tim Baker
214-727-4956

---

**From:** "Danner, Dwayne" <ddanner@mcglinchey.com>
**To:** Tim Baker <tbaker@timbakerlaw.com>
**Cc:** "McCain, Barry" <bmccain@mcglinchey.com>
**Sent:** Monday, November 20, 2017 2:05 PM
**Subject:** RE: Nicholson - Court Costs

Hi Tim.  My only question is does she have a receipt for the Steele mediation.  I thought we paid most of that.

**R. Dwayne Danner**

| | |
|---|---|
| **direct:** | (214) 445-2408 |
| **fax:** | (214) 593-4588 |
| **mobile:** | (214) 693-5433 |
| **email:** | ddanner@mcglinchey.com |
| **office:** | 6688 N. Central Expressway, Ste 400 | Dallas, TX 75206 |

**McGLINCHEY STAFFORD** ®

bio | vcard | www.mcglinchey.com | www.cafalawblog.com

---

**From:** Tim Baker [mailto:tbaker@timbakerlaw.com]
**Sent:** Monday, November 20, 2017 1:48 PM
**To:** Danner, Dwayne <ddanner@mcglinchey.com>

**Cc:** McCain, Barry <<bmccain@mcglinchey.com>>
**Subject:** Nicholson - Court Costs

Mr. Danner,

In my motion, we asked for the following court costs:

1. Plaintiff has incurred the following costs:

    - Filing Fees - $1,259.00 ($249 or original filing fee, $505 each for two Federal appeal filing fees)

    - Service of Process Fees - $332.00

    - Arbitration/Mediation Fees - $1,050.00 ($1,000 for Ralph Steele and $50 for DSR)

    - Required Federal Photocopying - $1,165.60

    - Required State District Court photocopying - $31.80

    - Court Report Fees - $160.00

    - PACER Fees - $659.00

    Total Costs: $4,657.40

We are now proposing:
   - Filing Fees - $249
   - Service of Process - $415 (as your count had one additional service of process fee)
   - Mediation - $1,050
   - State Court Copying - $31.80
   - Court Reporter Fees - $160

Total - $1,905.80.

Please let me know if you agree with this revised number.

Regards,

Tim Baker
214-727-4956

---

www.mcglinchey.com | www.CafaLawBlog.com

McGlinchey Stafford, PLLC in Alabama, Florida, Louisiana, Mississippi, New York, Ohio, Texas, and Washington DC and McGlinchey Stafford, LLP in California.

Confidentiality Statement: This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the United States Postal Service.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer/Privacy Policy http://www.mcglinchey.com/disclaimer/

## Attachments

- image001.gif (4.33KB)

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 64048137
Status as of 4/29/2022 2:09 PM CST

Associated Case Party: HARRIETNICHOLSON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Harriet Nicholson | | save.my.home.in.2013@gmail.com | 4/29/2022 1:50:13 PM | SENT |
| Harriet Nicholson | | harrietnicholson@yahoo.com | 4/29/2022 1:50:13 PM | SENT |
| Harriet Nicholson | | nfenae@yahoo.com | 4/29/2022 1:50:13 PM | SENT |

Associated Case Party: THEBANK OF NEW YORK MELLON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Dwayne Danner | | ddanner@mcglinchey.com | 4/29/2022 1:50:13 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Angelia Foster | | afoster@mcglinchey.com | 4/29/2022 1:50:13 PM | SENT |
| CRYSTAL ROACH | | crystalr@bdfgroup.com | 4/29/2022 1:50:13 PM | SENT |
| Holly Bishop | | hbbishop@tarrantcounty.com | 4/29/2022 1:50:13 PM | SENT |
| Julia OBoyle | | joboyle@mcglinchey.com | 4/29/2022 1:50:13 PM | SENT |

Associated Case Party: THENATIONSTAR MORTGAGE LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Matthew Durham | 24040226 | matthew.durham@citi.com | 4/29/2022 1:50:13 PM | SENT |
| Elayne Napoles | | enapoles@mcguirewoods.com | 4/29/2022 1:50:13 PM | SENT |
| Matthew Durham | | mdurham@mcguirewoods.com | 4/29/2022 1:50:13 PM | SENT |
| Cindy Boyd | | cboyd@mcguirewoods.com | 4/29/2022 1:50:13 PM | SENT |

Associated Case Party: DAVIDSTOCKMAN

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 64048137
Status as of 4/29/2022 2:09 PM CST

Associated Case Party: DAVIDSTOCKMAN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| crystal roach | | crystalr@bdfgroup.com | 4/29/2022 1:50:13 PM | SENT |

Associated Case Party: THEHARVEY LAW GROUP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| TATIANA ALEXANDER | | TALEXANDER@MCGUIREWOODS.COM | 4/29/2022 1:50:13 PM | SENT |

Copy from re:SearchTX